UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

The United States of America,                    Case No. 13-CR-215 (SRN/SER)

        Plaintiff,

v.                                                ORDER ADOPTING REPORT
                                                   AND RECOMMENDATION
Jose Luis Zacarias, Jr.,

        Defendant.

_____

      This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Based upon the foregoing and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

      1.    Defendant Jose Luis Zacarias, Jr.'s Pretrial Motion to Suppress Statements, Admissions, and Answers [Doc. No. 17] is DENIED as moot.

Dated: October 16, 2013

                         s/Susan Richard Nelson
                       SUSAN RICHARD NELSON
                       United States District Judge